942

No. 738, Misc. COULTER *v.* NELSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied. MR. JUSTICE FORTAS is of the opinion that in treating the papers as a petition for writ of certiorari, certiorari should be granted. *Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Horace Wheatley,* Deputy Attorneys General, for respondents.

No. 770, Misc. HANING *v.* KINNEARY, U. S. DISTRICT JUDGE; and

No. 1532, Misc. McCARTNEY *v.* HABERKORN, JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 1503, Misc. LAUCHLI *v.* NOLAND, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* in opposition.

No. 1309, Misc. WION *v.* ARRAJ, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied. *Solicitor General Griswold* in opposition.

No. 929. SULLIVAN ET AL. *v.* LITTLE HUNTING PARK, INC., ET AL. Sup. Ct. App. Va. Motion to use record in No. 1188, October Term, 1967, granted. Certiorari granted. *Allison W. Brown, Jr., Peter Ames Eveleth, Robert M. Alexander, Jack Greenberg,* and *James M. Nabrit III* for petitioners. *John Chas. Harris* for respondents.